# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NOTIS GLOBAL, INC., f/k/a
MEDBOX INCORPORATED,

    Plaintiff/Counter-Defendant
    Counter-Defendant

v.

DARRYL KAPLAN, CLAUDIO
TARTAGLIA and ERIC KOVAN,

    Defendants/Counter-Plaintiffs

Case No. 13-14775 (consolidated with Case No. 14-11749)

Hon. Matthew F. Leitman

---

MEDVEND HOLDINGS, LLC,

    Plaintiff,

v.

NOTIS GLOBAL, INC., f/k/a
MEDBOX INCORPORATED,

    Defendant.

Case No. 14-11749 (consolidated with Case No. 13-14775)

Hon. Matthew F. Leitman

---

## **CONSENT JUDGMENT**

The parties having entered into a Settlement Agreement which provides for the entry of this Consent Judgment in the event of a default of the Settlement Agreement; default having been made in the payments due under the Settlement Agreement; the Plaintiff/Counter-Defendant having agreed under the Settlement

1

Agreement to authorize Defendants/Counter-Plaintiffs' counsel to reinstate this matter for the sole purpose of entering this Consent Judgment after providing twenty (20) day period to cure the default; the cure period having expired, and the Court being otherwise fully advised in this matter:

**IT IS HEREBY ORDERED** that **JUDGMENT** is entered in favor of Counter-Plaintiffs Darryl Kaplan, Claudio Tartaglia and Eric Kovan against Defendant Notis Global f/k/a Medbox Incorporated, in the amount of $937,500.00 (minus any settlement payments paid to date in the amount of $0 = $937,500.00).

Judgment interest shall accrue on this judgment at the current statutory rates.

This judgment <u>does</u> resolve the last pending claim and <u>does</u> close this case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2017

Stipulated as to entry:

**Notis Global Inc., f/k/a Medbox Incorporated**

By: Jeffrey Goh
Its: President

Kenneth F. Newman P39429
Attorney for Defendant/Counter Plaintiffs

2