UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOTIS GLOBAL, INC.,

    Plaintiff/Counter-Defendant,

Case No. 13-cv-14775
(consolidated with Case No. 14-11749)

v.

DARRYL B. KAPLAN *et al.*,

Hon. Matthew F. Leitman

    Defendants/Counter-Plaintiffs.
_____/

## **ORDER DIRECTING RELEASE OF FUNDS HELD WITH COURT**

Pursuant to a Stipulated Order entered on February 23, 2018, Plaintiff/Counter-Defendant Notis Global, Inc. ("Notis") deposited $330,000 with the Court. On August 7, 2018, the Court entered an Amended Order directing the Clerk of the Court to return those funds to Notis. (*See* ECF #168.)

In accordance with that Amended Order, **IT IS HEREBY ORDERED** that the principal amount of $330,000 referenced herein, plus 100% of any accrued interest, shall be released forthwith and sent to:

                Notis Global, Inc
           1715 Highway 35, Suite 101
            Middletown, NJ 07748
             ATTN: Thomas Gallo

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 67.1, the Clerk of the Court may deduct from the account any fee authorized by the Judicial Conference of the United States.

**IT IS SO ORDERED.**

/s/ Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 21, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 21, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764